# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH, )<br>)<br>Plaintiff )<br>)<br>)<br>v. )<br>)<br>MARC H. HEDRICK, PROSPER )<br>BENHAIM, HERMANN PETER )<br>LORENZ, and MIN ZHU )<br>)<br>Defendants. )<br>_____ ) | Misc. Action No. 06-080-SLR<br><br>(Litigation pending in U.S. District Court, Central District of California – Case No. CV04-9014-CBM (AJWx)) |

## PLAINTIFF'S MOTION REQUESTING ORAL ARGUMENT FOR ITS MOTION TO COMPEL RESPONSES TO ITS SUBPOENA DUCES TECUM ON THIRD-PARTY OLYMPUS-CYTORI, INC.

Plaintiff University of Pittsburgh (hereinafter "UPITT"), through its undersigned attorneys, pursuant to D. Del. LR. 7.1.4 respectfully requests this Court to grant oral argument for its Motion to Compel Responses to Its Subpoena Duces Tecum on Third-Party Olympus-Cytori, Inc. and related filings including Defendants' opposition and Plaintiff's reply.

Respectfully submitted,

Dated: May 1, 2006

/s/ David P. Primack
David P. Primack (DE 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1254
Telephone: (302) 467-4221

Facsimile: (302) 467-4201

-and-

Joseph R. DelMaster
DRINKER BIDDLE & REATH LLP
1500 K Street N.W., Suite 1100
Washington, D.C. 20005-1209
Telephone: (202) 842-8879
Facsimile: (202) 842-8465

Attorneys for Plaintiff
University of Pittsburgh