# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH,           )<br>                                                               )<br>                    Plaintiff            )<br>                                                               )<br>          v.                                              )<br>                                                               )<br>MARC H. HEDRICK, PROSPER     )<br>BENHAIM, HERMANN PETER     )<br>LORENZ, and MIN ZHU                )<br>                                                               )<br>                    Defendants.       )<br>_____ ) | Misc. Action No. 06-080-SLR<br><br>(Litigation pending in U.S. District Court,<br>Central District of California – Case No.<br>CV04-9014-CBM (AJWx)) |

## NOTICE OF COMPLETION OF BRIEFING

Plaintiff, University of Pittsburgh (hereinafter "UPITT"), by and through its attorneys Drinker Biddle & Reath LLP, hereby submits this Notice of Completion of Briefing.

1. On April 10, 2006, UPITT filed its (a) Motion To Compel Responses To Its Subpoena Duces Tecum On Third-Party Olympus-Cytori, Inc. (the "Motion") (D.I. 1) and (b) Memorandum in Support of the Motion (D.I. 2).

2. On April 25, 2006, Olympus-Cytori, Inc. (the "Defendant") filed its Answering Memorandum in Opposition to the Motion (D.I. 3).

3. On May 1, 2006, UPITT filed (a) a Motion To File Exhibits A, B and C of Its Memorandum In Support of the Motion Under Seal (D.I. 4); (b) a Reply Memorandum in Support of the Motion (D.I. 5); and (c) a Request for Oral Argument (D.I. 6).

WM\5707\1

- 2 -

WHEREFORE, undersigned counsel respectfully submits that UPITT's Motion To Compel Responses To Its Subpoena Duces Tecum On Third-Party Olympus-Cytori, Inc. has been fully briefed and is ready for decision by the District Court.

Dated: May 4, 2006                     **DRINKER BIDDLE & REATH LLP**


/s/  David P. Primack
David P. Primack (DE 4449)
1100 N. Market Street, Suite 1000
Wilmington, DE  19801
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

Attorneys for Plaintiff
University of Pittsburgh

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH,  )<br>  )<br>   Plaintiff  )<br>  )<br>   v.  )<br>  )<br>MARC H. HEDRICK, PROSPER  )<br>BENHAIM, HERMANN PETER  )<br>LORENZ, and MIN ZHU  )<br>  )<br>   Defendants.  )<br>_____ ) | Misc. Action No. 06-080-SLR<br><br>(Litigation pending in U.S. District Court, Central District of California – Case No. CV04-9014-CBM (AJWx)) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 4th day of May, 2006, I caused a true and correct copy of the ***Notice of Completion of Briefing*** to be served in the manner indicated on the following parties:

***Via United States Mail***
*James B. Lewis*
*Bingham McCutchen*
*1900 University Avenue*
*East Palo Alto, CA 94303-2223*
*650-849-4852*
*Email: james.lewis@bingham.com*

***Via United States Mail***
*Jennifer M. Phelps*
*Bingham McCutchen*
*355 S. Grand Ave., 44th Floor*
*Los Angeles, CA 90071-3106*
*213-680-6400*
*Fax: 213-680-649*
*Email: jennifer.phelps@bingham.com*

WM\5707\1

*<u>Via United States Mail</u>*
*Jeffrey M. Olson*
*Sandra S. Fujiyama*
*Sidley Austin Brown & Wood*
*555 W. 5th Street, Suite 4000*
*Los Angeles, CA 90013-1010*
*213-896-6000*
*Email: jolson@sidley.com*
*Email: sfujiyama@sidley.com*

*<u>Via Hand Delivery</u>*
*Steven J. Balick*
*John G. Day*
*Ashby & Geddes*
*222 Delaware Avenue*
*P.O. Box 1150*
*Wilmington, DE 19899*
*(302) 654-1888*
*Email: sbalick@ashby-geddes.com*
*Email: jday@ashby-geddes.com*

    /s/  David P. Primack
David P. Primack (DE 4449)
1100 N. Market Street, Suite 1000
Wilmington, DE  19801
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

Attorneys for Plaintiff
University of Pittsburgh