# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 4, 2006

The Honorable Sue L. Robinson  
United States District Court  
844 King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *University of Pittsburgh v. Marc H. Hendrick, et al.*,  
Misc. Action No. 06-080-SLR

Dear Chief Judge Robinson:

I am Delaware counsel to non-party Olympus-Cytori, in which the plaintiff in the underlying litigation pending in the Central District of California has filed a motion in this Court seeking to compel responses to its Delaware subpoena. I am writing to request oral argument on that motion pursuant to Local Rule 7.1.4, or alternatively, for leave to file a surreply.

Plaintiff's reply brief (D.I. 5) raises several issues for the first time "which should have been included in a full and fair opening brief," contrary to Local Rule 7.1.3(c)(2). Of particular concern to us is that plaintiff's reply accuses Olympus-Cytori's lead counsel, Jeffrey M. Olson, Esquire, of Sidley Austin LLP, of unethical behavior in furtherance of a campaign to obstruct plaintiff's discovery efforts. These allegations, which are without merit and which Mr. Olson takes very seriously, are not mentioned in plaintiff's opening papers and Mr. Olson therefore has had no opportunity to respond. Mr. Olson understandably would like to be heard and to have the opportunity to refute these allegations, and Olympus-Cytori therefore respectfully requests that the Court either schedule oral argument or grant it leave to file a surreply.

Respectfully,

/s/ Steven J. Balick

Steven J. Balick

SJB/dmf  
168990.1

cc: David P. Primack, Esquire (via electronic mail)  
Joseph R. DelMaster, Esquire (via electronic mail)  
Jeffrey M. Olson, Esquire (via electronic mail)