IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARC H. HEDRICK, PROSPER BENHAIM, ) <br> HERMANN PETER LORENZ, and MIN ZHU, ) <br> ) <br> Defendants. ) <br> ) | Misc. Action No. 06-080-SLR <br><br> (Litigation pending in U.S. District Court, Central District of California - Case No. CV04-9014-CBM (AJWx)) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of George J. Awad to represent University of Pittsburgh in this action.

Dated: May 8, 2006

/s/ David P. Primack
David P. Primack (Bar No. 4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243
Telephone: (302) 467-4200
Facsimile: (302) 467-4201

Attorneys for Plaintiff
University of Pittsburgh

WM\5713\1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Supreme Court of Pennsylvania, the Supreme Court of California, the United States District Court for the Eastern District of Pennsylvania and the Supreme Court of the United States, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

George J. Awad
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: _____        _____
                                        Chief Judge Sue L. Robinson

WM\5713\1