IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Misc. No. 06-080-SLR |
| ) | |
| MARC H. HEDRICK, PROSPER ) | |
| BENHAIM, HERMANN PETER ) | |
| LORENZ, and MIN ZHU, ) | |
| ) | |
| Defendants. ) | |

O R D E R

At Wilmington this 22d day of June, 2006, having reviewed plaintiff's motion to compel and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 1) is granted. Although third-party Olympus-Cytori, Inc. asserts that it has produced the requested documents in its "possession, custody or control," this assertion is difficult to confirm given the language in Olympus-Cytori's answering memorandum. (D.I. 3 at 6) Olympus-Cytori states that "counsel for plaintiffs have been advised that there are no documents for it to produce that fall within the scope of any of the document requests that have not already been produced in this litigation by someone else." (Id. at 5) However, Olympus-Cytori's description of the categories of documents it is willing to produce is not identical to the categories of requested documents. (Id. at 6; D.I. 1, ex. B)

Olympus-Cytori shall conduct an additional search for documents that fall within the scope of items 1, 2, 4, 5, and 6 of schedule A of the subpoena duces tecum. (D.I. 1, ex. B) Plaintiff's request for any documents regarding "any of the named inventors" is overly broad, especially considering that one of the named inventors is also president of Cytori Therapeutics, Inc. ("Cytori"), so Olympus-Cytori need not comply with item 3 of schedule A and may strike the "any of the named inventors" clause from items 5 and 6. Olympus-Cytori shall submit an affidavit by July 14, 2006, stating its specific compliance with these five requests for documents.

Plaintiff also requests the court to compel both Olympus Corporation and Cytori to comply with document requests. The court declines to rule on motions currently pending in other district courts, and the court is confident Olympus-Cytori would not transfer documents to avoid this discovery order.

                                                *[signature]*
                                           United States District Judge