UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNIVERSITY OF PITTSBURGH, ) | Misc. Action No. 06-080-SLR |
| ) | |
| Plaintiff, ) | (Litigation pending in U.S. District Court, |
| ) | Central District of California – Case No. CV- |
| v. ) | 04-9014 CBM (AJWx)) |
| ) | |
| MARC H. HEDRICK, PROSPER ) | |
| BENHAIM, HERMANN PETER LORENZ, ) | |
| and MIN ZHU, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## AFFIDAVIT OF CHRISTOPHER CALHOUN

ASHBY & GEDDES
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, Delaware 19899

*Attorneys for Third-Party*
*OLYMPUS-CYTORI, INC.*

*Of Counsel:*

SIDLEY AUSTIN LLP
Jeffrey M. Olson, Esq.
Sandra S. Fujiyama, Esq.
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
(213) 896-6000

LA1 803155v.1

I, CHRISTOPHER CALHOUN, being duly sworn says:

1. I am a member of the Board of Directors for Olympus-Cytori, Inc., and I am familiar with the entirety of the business activities of Olympus-Cytori, Inc. I submit this affidavit pursuant to the Court's order dated June 22, 2006.

2. I have reviewed the Court's order dated June 22, 2006, and I understand the rulings made therein.

3. Legal counsel and I have made an additional good faith and thorough search of the files maintained by Olympus-Cytori, Inc. for documents that fall within the scope of items 1, 2, 4, 5, and 6 (striking the "any of the named inventors" clause from items 5 and 6) of Schedule A of the Subpoena to Olympus-Cytori, Inc. pursuant to the Court's June 22, 2006 Order.

4. No documents were located as a result of this additional search, other than certain documents that have already been produced to the University of Pittsburgh by Cytori Therapeutics, Inc.

Dated: June 30, 2006
San Diego, California

CHRISTOPHER CALHOUN

Sworn to and subscribed
before me this 30th day of June, 2006 by Christopher Calhoun, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public



JESSICA FOWLER
Commission # 1393552
Notary Public - California
San Diego County
My Comm. Expires Jan 13, 2007

LA1 80315Sv.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2006, the attached **AFFIDAVIT OF CHRISTOPHER CALHOUN** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| David P. Primack, Esquire<br>Drinker Biddle & Reath LLP<br>1100 North Market Street<br>Suite 1000<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Joseph R. DelMaster, Esquire<br>Drinker Biddle & Reath LLP<br>1500 K. Street N.W.<br>Suite 1100<br>Washington, D.C. 20005-8879 | **VIA ELECTRONIC MAIL** |
| David J. Kessler, Esquire<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103 | **VIA ELECTRONIC MAIL** |

*/s/ John G. Day*
_____
John G. Day

169020.1