# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 13, 2006

Ms. Rosanna DiMeo
Case Manager
United States District Court
844 King Street
Wilmington, DE 19801

FILED

BY HAND

Re: *University of Pittsburgh v. Marc H. Hendrick, et al.,*
Misc. Action No. 06-080-SLR

Dear Ms. DiMeo:

Yesterday, I filed the Affidavit of Christopher Calhoun in the above matter (D.I. 13), but inadvertently failed to attach the enclosed certificate of service. Would you please attach it to the Calhoun Affidavit? Thank you for your assistance with this matter, and my apologies for the inconvenience.

Very truly yours,

John G. Day (I.D. #2403)

JGD/dh
171241.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2006, the attached **AFFIDAVIT OF CHRISTOPHER CALHOUN** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| David P. Primack, Esquire<br>Drinker Biddle & Reath LLP<br>1100 North Market Street<br>Suite 1000<br>Wilmington, DE  19801 | HAND DELIVERY |
| Joseph R. DelMaster, Esquire<br>Drinker Biddle & Reath LLP<br>1500 K. Street N.W.<br>Suite 1100<br>Washington, D.C.  20005-8879 | VIA ELECTRONIC MAIL |
| David J. Kessler, Esquire<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA  19103 | VIA ELECTRONIC MAIL |

/s/ *John G. Day*
_____
John G. Day

169020.1